# CORPORATE RESOLUTION

I, **Luis Gerard Gonzalez**, of legal age, single, Vice President of Virus, Inc., and resident of San Juan, Puerto Rico, DO HEREBY CERTIFY that:

1. At a meeting held on August 2, 2010, the Board of Directors of Virus, Inc., agreed to file a bankruptcy petition under the provisions of Chapter 7 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 7 of the Bankruptcy Code.

3. That at the meeting of shareholders held on the same date, the filing for bankruptcy under Chapter 7 of the Bankruptcy Code was unanimously approved.

4. That it was also agreed that the services of attorney Wanda I. Luna-Martinez would be retained for such purposes.

5. That it was also agreed that Mr. Luis Enrique Rodriguez Ramos, President, will be the person authorized to sign the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

I sign this Resolution today the 5th day of August 2010.

VIRUS, INC.

By: _____
Luis Gerard Gonzalez

Affidavit Num. 451

Sworn and subscribed to before me by Luis Gerard Gonzalez, of legal age, single, Vice President of Virus, Inc., and resident of San Juan, Puerto Rico, personally known to me, this 5 day of August 2010.

_____
NOTARY PUBLIC